IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. RAPHAEL WARNOCK, WARNOCK FOR GEORGIA, STACEY ABRAMS, ABRAMS FOR GOVERNOR 2022, DEMOCRATIC VICTORY PAC, INC, and ACTBLUE LLC, *Defendants*. | Case No. 1:22-cv-05742  Judge Marvin E. Aspen Magistrate Judge Jeffrey Cole |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), voluntarily dismisses Defendants Raphael Warnock, Warnock for Georgia, Stacey Abrams, Abrams for Governor 2022, and ActBlue LLC, without prejudice. Defendant Democratic Victory PAC, Inc, *remains* as a Defendant.

Respectfully submitted,

Dated: November 18, 2022            /s/ Jorge Alejandro Rojas
                                     Jorge Alejandro Rojas
                                     557 Cambridge Way
                                     Bolingbrook, IL 60440
                                     Rojas.jorge96@gmail.com
                                     424-219-1582
                                     Plaintiff in *Pro Se*

### CERTIFICATE OF SERVICE

Plaintiff sent a copy of this filing to counsel Defendants Raphael Warnock, Warnock for Georgia, and ActBlue LLC via electronic mail to their counsel, and to remaining Defendants via USPS first class mail, postage prepaid.

                                               /s/ Jorge Alejandro Rojas