## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Jorge Alejandro Rojas

                                 Plaintiff,

v.                                                     Case No.: 1:22–cv–05742
                                                         Honorable Franklin U. Valderrama

Democratic victory pac, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2023:

       MINUTE entry before the Honorable Franklin U. Valderrama: Counsel for Democratic Victory Pac, Inc. informed the Court via email to its Courtroom Deputy (and copying Plaintiff) that the parties have reached a settlement in this case. Accordingly, Defendant's deadline to answer the complaint and the deadline to submit the joint initial status report [16] are stayed. By 2/10/2023, the parties are directed to file (i) the appropriate dismissal paperwork or (ii) a status report explaining the delay. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.