IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. DEMOCRATIC VICTORY PAC, INC, *Defendant.* | Case No. 1:22-cv-05742 Judge Marvin E. Aspen Magistrate Judge Jeffrey Cole |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), voluntarily dismisses Defendant Democratic Victory PAC, Inc, with prejudice. All Defendants have now been dismissed.

Respectfully submitted,

Dated: February 2, 2023
/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff sent a copy of this filing to counsel for Defendant via electronic mail.

/s/ Jorge Alejandro Rojas

1